1048

[No. 19305–8–I.   Division One.   October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL R.
OROZCO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–02455–3, George T. Mattson, J., entered
October 10, 1986. *Dismissed* by unpublished per curiam
opinion.

[No. 18773–2–I.   Division One.   October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. TINA MARIE
SALTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–00846–9, Gerard M. Shellan, J., entered
June 3, 1986. *Dismissed* by unpublished per curiam opin-
ion.

[No. 17887–3–I.   Division One.   October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
MARVIN FLORY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–02630–2, Jim Bates, J., entered January
17, 1986. *Reversed* by unpublished opinion per Williams, J.
Pro Tem., concurred in by Ringold, A.C.J., and Webster, J.

[No. 18348–6–I.   Division One.   October 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
DOUGLAS STOVALL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–03262–1, Jim Bates, J., entered April 25,
1986. *Dismissed* by unpublished per curiam opinion.